JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., | Case No. CV 15-7100 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TRAC FASHION, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 3rd day of February, 2016.

/s/
Fernando M. Olguin
United States District Judge